THE MECHANICS' BUILDING & LOAN ASSOCIATION *et al. vs.* PETER *et al.*

This case is controlled by the decisions in *Decker vs. McGowan, tax collector*, and *The Ga. Mut L. Ass'n, vs. McGowan*, 59 *Ga.*, 805, 811.

Injunction. Tax. Before Judge SIMMONS. Bibb County. At Chambers. October 6, 1879.

Several loan and building associations filed their bill against the tax collector and the sheriff, to restrain the collection of certain tax *fi. fas.* for the years 1875, 1876, 1877 and 1878, which were being enforced against them. They alleged various irregularities in the manner of assessment and levy, that some of them had ceased to do business before such assessment, and that all of them were exempt from such taxes. As a special ground of equity, the nature of their operations (installments paid by stockholders, sale of money, having no actual capital accumulated, not doing a banking or brokerage business, etc.) were set out, and it was alleged that payment of the tax on their nominal stock, even if it could be ultimately recovered from the officer, would irreparably interfere with the orderly working of the associations. The chancellor granted the injunction as to the tax for 1876, but refused it as to the other years. Both parties excepted.

The tax acts for each of the years named imposed a tax on building and loan associations and other companies or associations doing a banking or brokerage business, etc.; the act of 1876 also contains a proviso that no tax should be required of loan and building associations upon any of its capital which had been loaned or advanced to shareholders on real estate upon which taxes would be payable by the shareholder.

LANIER & ANDERSON, by DUPONT GUERRY, for plaintiffs in error.

G. W. GUSTIN; C. J. HARRIS, for defendants.

WARNER, Chief Justice.

This was a bill filed by the complainants against the defendants, with a prayer for an injunction to restrain the collection of certain tax *fi. fas.* issued by the tax collector of Bibb county for taxes due the state and county, on the allegations contained in said bill. Upon the hearing of the application for the injunction prayed for, the answer of the defendant Peter, the tax collector, and the evidence contained in the record, the chancellor granted the injunction restraining the collection of the taxes for the year 1876, but refused to grant it for the years 1875, 1877, and 1878. Whereupon the complainants, and the tax collector, excepted.

The taxes claimed were claimed to be due to both the state and the county, and had been assessed by the proper officer of the state, who was proceeding to collect the same. This case comes within the rulings or this court in *Decker vs. McGowan, tax collector,* and *The Georgia Mutual Loan Association vs. McGowan,* 59 *Ga.,* 805, 811, and is controlled by the principles adjudicated in those cases. The chancellor therefore erred in granting the injunction restraining the collection of the taxes for the year 1876, but did not err in refusing to grant the injunction restraining the collection of the taxes for the years 1875, 1877, and 1878.

Let the judgment of the court below be reversed.